UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD L. PARENTEAU, JR.,

                Plaintiff,

v.

DONALD JAMES RAZ,

                Defendant.

Case No. C17-1319 RSM

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's complaint (Dkt. 5) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to identify any viable defendant or any cognizable claim for relief.

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 8th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2